IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00201-WYD-KLM

OTTER PRODUCTS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

ATLANTIC, INC., a California corporation,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation of Dismissal (filed August 20, 2007).  The Stipulation dismisses the case with prejudice pursuant to FED. R. CIV. P. 41(a)(1)(ii).  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed.  Accordingly, it is

ORDERED that the Stipulation of Dismissal is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees, costs and expenses.

Dated:  August 27, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge